# Third District Court of Appeal

## State of Florida

Opinion filed December 22, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1321
Lower Tribunal No. 20-3690

————————

## Santiago Garcia, et al.,
Appellants,

vs.

## NDF1, LLC., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Metschlaw, P.A., and Lawrence R. Metsch, for appellants.

McMichael, Taylor & Gray, LLC, and Ezra Scrivanich (Deerfield Beach), for appellee.

Before FERNANDEZ, C.J., and LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed. <u>Azran Miami 2 LLC v. Deutsche Bank Nat'l Tr. Co.</u>, 282 So. 3d 924 (Fla. 3d DCA 2019); <u>HSBC Bank USA, NA v. Buset</u>, 241 So. 3d 882 (Fla. 3d DCA 2018); <u>Weisser Realty Grp., Inc. v. Porto Vita Prop. Owners Ass'n, Inc.</u>, 305 So. 3d 23 (Fla. 3d DCA 2019); <u>Gevertz v. Gevertz</u>, 566 So. 2d 541 (Fla. 3d DCA 1990).